1056

[No. 20410-3-III.   Division Three.   May 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN C. WHELCHEL, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 86-1-00197-5, John M. Antosz, J., entered July 6, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.